UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William J. Carey</u>

    v.                        Case No. 06-fp-303

<u>Daniel St. Hilaire, et al.</u>


<u>O R D E R</u>

    Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $5.33 is due no later than September 23, 2006.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Hillsborough County House of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    This case has been assigned number 06-cv-303-SM.

    **SO ORDERED.**

                              <u>/S/ Joseph A. DiClerico, Jr.</u>
                              Joseph A. DiClerico, Jr.
                              United States District Judge

Date:  August 22, 2006

cc:  William J. Carey, pro se
     Bonnie S. Reed, Financial Administrator
     NH State Prison, Inmate Accounts