UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William Carey,
      Plaintiff

      v.                               06-cv-303-SM

Daniel St. Hilaire, et al.,
      Defendants

O R D E R

The plaintiff having failed to comply with the Order of Judge Joseph A. DiClerico dated August 22, 2006, and pay the initial sum of $5.33 towards the filing fee by September 23, 2006, the complaint is hereby dismissed without prejudice.

SO ORDERED.

October 5, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:    William Carey, Pro Se